```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )
AMERICAN CAPITAL EQUIPMENT,         )
LLC and SKINNER ENGINE COMPANY,     )
     Debtors                        )
----------------------------------- )
HARTFORD ACCIDENT AND               )
INDEMNITY COMPANY, ET AL.,          )
     Appellants,                    )
                                    )
     v.                             )
                                    )  Civil Action No. 06-891
AMERICAN CAPITAL EQUIPMENT,         )  Civil Action No. 06-892
LLC and SKINNER ENGINE COMPANY,     )  Civil Action No. 06-917
     Appellees.                     )  Civil Action No. 06-1016
                                    )
----------------------------------- )
AMERICAN CAPITAL EQUIPMENT,         )
LLC and SKINNER ENGINE COMPANY,     )
     Appellants,                    )
                                    )
     v.                             )
                                    )
HARTFORD ACCIDENT AND               )
INDEMNITY COMPANY, ET AL.,          )
     Appellees.                     )
```

BARTEL v. SKINNER ENGINE COMPANY                                           Doc. 5

ORDER

AND NOW, this 4th day of August, 2006, upon consideration of the parties' Joint Motion for Consolidation and Scheduling Order filed at the above civil actions, IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

1. Civil Action Nos. 06-892, 06-917 and 06-1016 are consolidated with Civil Action No. 06-891, which shall be deemed to be lead case.

2. The parties shall continue to proceed under the briefing and scheduling schedule set forth in this Court's order of July 25, 2006 [document #10].

3. All pleadings, motions, and other papers hereafter filed shall be filed at Civil Action No. 06-891 only.

4. The Clerk of Court shall close Civil Action Nos 06-892, 06-917 and 06-1016.

BY THE COURT:

_____, J.

cc: All Parties of Record